IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SEAN A. FAIRWEATHER,                :        No. 3:25cv2172
          Plaintiff                :
                              :        (Judge Munley)
                              :
      v.                               :        (Magistrate Judge Schwab)
                              :
JUDGE MICHAEL J. BARRASSE,          :
et al.,                             :
          Defendants                :

## ORDER

Pending before the court is the Report and Recommendation ("R&R") of United States Magistrate Judge Susan E. Schwab in the above civil rights matter related to Plaintiff Sean A. Fairweather's state criminal proceedings. (Doc. 12).

The R&R recommends that the court: 1) deny plaintiff's requests for a preliminary injunction; 2) dismiss plaintiff's claims for damages that his guilty plea was involuntary, that he was subject to malicious prosecution in violation of the Fourth Amendment, that the defendants violated due process by fabricating evidence, and that he was denied his Sixth Amendment right to the effective assistance of counsel without prejudice because they are barred by the favorable-termination rule of Heck v. Humphrey, 512 U.S. 477 (1994); 3) dismiss without prejudice for lack of standing plaintiff's claims for injunctive relief; 4) dismiss without prejudice the claims for damages against Judge Barrasse in his

official capacity because they are barred by the Eleventh Amendment; 5) dismiss plaintiff's other federal claims pursuant to 28 U.S.C. §1915A(b)(1) and § 1915(e)(2)(B)(ii); 6) decline to exercise supplemental jurisdiction over plaintiff's state-law claims; and 7) close this case.

The R&R was issued on April 27, 2026.  No objections to the R&R have been filed and the time for such filing has passed.  The R&R is thus ready for review.

In deciding whether to adopt an R&R when no timely objection is filed, the court must determine if a review of the record evidences plain error or manifest injustice. FED. R. CIV. P. 72(b), 1983 Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record to accept the recommendation"); see also 28 U.S.C. § 636(b)(1); Sullivan v. Cuyler, 723 F.2d 1077, 1085 (3d Cir. 1983).

After reviewing the facts alleged in plaintiff's *pro se* complaint with respect to the various defendants, the court finds neither clear error nor a manifest injustice in Magistrate Judge Schwab's detailed analysis.  Therefore, the court will accept the R&R and adopt it in its entirety.  No preliminary injunction will be issued.  Fairweather's federal claims against the defendants will be dismissed without prejudice, and the court will decline supplemental jurisdiction over his

2

state law claims.  Additionally, the plaintiff's request for injunctive relief in his complaint will be denied.

Accordingly, it is hereby **ORDERED** that:

1) The R&R, (Doc. 12), is **ADOPTED** in its entirety;

2) Plaintiff's complaint, (Doc. 1), is **DISMISSED** without prejudice;

3) Plaintiff's request for injunctive relief in his complaint is **DENIED**;

4) Plaintiff's separate request for a preliminary injunction, (Docs. 10–11), is **DISMISSED** without prejudice; and

5) The Clerk of Court is directed to close this case.

Date: 5/19/26

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court

3